UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80011-CIV-CANNON/Reinhart

**JOSEPH LUTER, IV,**

    Plaintiff,

v.

**SCHEEPSWERF GROOT-AMMERS B.V.**
d/b/a ZEELANDER YACHTS,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint based on the doctrine of forum non conveniens [ECF No. 17], filed on May 4, 2023 (the "Motion"). The Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation ("Report") [ECF No. 25]. On August 17, 2023, Judge Reinhart issued a Report recommending that Defendant's Motion be denied [ECF No. 26]. The Report advised the parties to file any objections within fourteen days, or in the case of no objections, to file a notice indicating as much within five days of the Report [ECF No. 26, p. 12]. Both parties since have filed Notices informing the Court that they do not object to the Report [ECF Nos. 27, 28].

Upon review, the Court sees no clear error of fact or law in the well-reasoned Report. *See* Fed. R. Civ. P. 72(b)(3); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The Report [ECF No. 26] is **ACCEPTED**.

2.     Defendant's Motion to Dismiss [ECF No. 17] is **DENIED**.

CASE NO. 23-80011-CIV-CANNON/Reinhart

3. Defendant shall file an Answer to the Complaint on or before **September 20, 2023**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 5th day of September 2023.

                                                   **AILEEN M. CANNON**
                                                   **UNITED STATES DISTRICT JUDGE**

cc: counsel of record